# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES DIXON *et al*  PLAINTIFFS
ADC #83733

V.  5:15CV00178 BRW/JWC

GERALD ROBINSON *et al*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the claims of Plaintiff Jeffery E. Krisell, Sr. are DISMISSED WITHOUT PREJUDICE.

DATED this 18th day of August, 2015.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE