**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JAMES DIXON *et al*　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
ADC #83733

V.　　　　　　　　　　　5:15CV00178 BRW/PSH

GERALD ROBINSON *et al*　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the claims of plaintiff James Dixon are DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order.

DATED this 28th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE