IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES DIXON *et al*                                                                                          PLAINTIFFS
ADC #83733

V.                                              5:15CV00178 BRW/PSH

GERALD ROBINSON *et al*                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Richard Butters filed a *pro se* complaint on June 3, 2015.  On October 3, 2015, the defendants mailed discovery requests to Butters (Doc. No. 35-1).  He did not respond.  On November 17, 2015, the defendants mailed another copy of their discovery requests to Butters, asking him to respond, and notifying him that if answers were not received in two weeks, they would file a motion to compel (Doc. No. 35-2).  Butters did not respond, and the defendants filed a motion to compel on February 26, 2015 (Doc. No. 35).  Butters did not respond.  This Court entered an order granting the motion to compel and directing Butters to respond to the discovery requests

within 14 days (Doc. No. 38). Again, Butters did not respond.

Now pending is the defendants' motion to dismiss as to Butters (Doc. No. 43). In the motion, they assert that Butters' case should be dismissed because he failed to comply with the Court's order directing him to respond to the pending discovery. Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure provides that if a party does not obey an order to provide discovery, the Court may issue "further just orders," including dismissing the action in whole or in part. The Court recommends that under the circumstances presented, Butters' complaint should be dismissed without prejudice as a result of his failure to comply with its order compelling discovery. Because the claims of other plaintiffs have been previously dismissed, the case should be dismissed in its entirety.

IT IS THEREFORE RECOMMENDED THAT:

1. Defendants' motion to dismiss (Doc. No. 43) be GRANTED to the extent that plaintiffs' complaint be dismissed without prejudice.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE