**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES DIXON *et al*                                                                                   PLAINTIFFS
ADC # 83733

V.                                        NO: 5:15CV00178 BRW

GERALD ROBINSON *et al*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety.

Accordignly, Defendants' motion to dismiss (Doc. No. 43) is GRANTED to the extent that plaintiffs' complaint is dismissed without prejudice.

An *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED, this 24th day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE